# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. **2:24-cv-06040-DTB**                    Date: **December 12, 2024**

Title: __Isaac H.[1] v. Carolyn Colvin, Acting Commissioner of Social Security[2]__
======================================================================

## DOCKET ENTRY
======================================================================

PRESENT:

### HON. DAVID T. BRISTOW, MAGISTRATE JUDGE

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                                          None present

## PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S OPENING BRIEF

On July 18, 2024, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. (Docket No. 1). In response to the Court's August 21, 2024 Order re: Procedures in Social Security Appeals (Docket No. 10), on September 17, 2024, Defendant filed an Answer. (Docket No. 11). On October 21, 2024, the Court granted Plaintiff an extension of time up to and including December 6, 2024, within which to file Plaintiff's Opening Brief. (Docket Nos. 12, 13). To date, Plaintiff's Opening Brief has not been filed with the Court. Accordingly, Plaintiff is ordered to show cause no later than **December 27, 2024**, why this case should not be dismissed for failure to prosecute. The filing of Plaintiff's Opening Brief by December 27, 2024, shall discharge this Order to Show Cause. If Plaintiff files his Opening Brief, Defendant must file and serve Commissioner's Brief no later than 30 days from the date

---

1       Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

2       Carolyn Colvin became the Acting Commissioner of Social Security on November 29, 2024. Carolyn Colvin is substituted for Martin O'Malley as the defendant in this action. Fed. R. Civ. P. 25(d).

of service of Plaintiff's Opening Brief.  Plaintiff may file an optional Reply Brief no later than 14 days from the date of service of the Commissioner's Brief.

Pursuant to this Court's Procedures, Mandatory Chambers copies of all electronically filed documents must be delivered to the chambers copy box on the 3rd floor by noon on the court day following the date of filing as required by Local Civil Rule 5-4.5.

**IT IS SO ORDERED**.